IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CARDRICK D. FLOWERS<br>ADC #130688 | PETITIONER |
| V.   NO. 5:07cv00197 JLH | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended (docs. 2, 3, 17), and dismissing this action in its entirety with prejudice.

IT IS SO ORDERED this 23rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE