IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| CARDRICK D. FLOWERS<br>ADC #130688 | PETITIONER |
| V.    NO. 5:07cv00197 JLH | |
| LARRY NORRIS, Director,<br>Arkansas Department of Correction | RESPONDENT |

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2254 petition for writ of habeas corpus, as amended (docs. 2, 3, 17), and dismissing this action in its entirety with prejudice.

IT IS SO ORDERED this 23rd day of December, 2008.

_____
UNITED STATES DISTRICT JUDGE